UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DERRICK REAVES, *on behalf of himself and all others similarly situated,*

        Plaintiff,

-against-

BFY BRANDS, INC.,

        Defendant.

Case No.: 18-cv-2065 NSR

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

PLEASE TAKE NOTICE that the claims of Plaintiff are hereby dismissed, with prejudice, in their entirety as against the Defendant, BFY BRANDS, INC., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), without costs or attorneys' fees to any party.

Dated: July 25, 2018
New York, New York

LEE LITIGATION GROUP, PLLC
30 East 39th Street, Second Floor
New York, NY 10016
Tel.: (212) 465-1188

C.K. Lee, Esq. (CL 4086)

SO ORDERED:

_____
U.S.D.J
White Plains, NY
Dated: July 25, 2018

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
FILED: 7/25/2018